UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**LUIS ROSAS DE BLAS,**

Petitioner,

v.

CIVIL ACTION NO.
26-12697-BEM

**DAVID WESLING,** *Acting Field Office Director,*
*U.S. Immigration & Customs Enforcement,*
**ANTONE MONIZ,**
*Superintendent, Plymouth County Correctional Facility,*
**DAVID VENTURELLA,**
*Acting Director, U.S. Immigration and Customs Enforcement,*
**TODD BLANCHE***, Acting U.S. Attorney General,*
**MARKWAYNE MULLIN,**
*U.S. Secretary of Homeland Security,*

Respondents.

## FINAL JUDGMENT

MURPHY, D.J.

In accordance with this Court's Order (ECF #11) issued on June 22, 2026, granting the

Petitioner's Writ of Habeas Corpus, it is hereby ORDERED:

Judgment for the Petitioner against the Respondents.

BY THE COURT,

*/s/ Marlene Martins*

DATED: July 6, 2026                                  Deputy Clerk